BERT HORTON v. THE STATE.

No. 3329. Decided November 11, 1914.

. Rehearing denied November 25, 1914.

**Carrying Pistol—Statement of Facts—Bills of Exception.**

In the absence of a statement of facts and bills of exception, the indictment charging an offense, the court's failure to charge on defendant's theory of defense can not be considered.

Appeal from the County Court of Dallas at Law. Tried below before the Hon. W. F. Whitehurst.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $100.

The opinion states the case.

*Youngblood & King* and *G. A. Harmon,* for appellant.

*C. E. Lane,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was convicted of unlawfully carrying a pistol, from which judgment of conviction he prosecutes this appeal.

However, in the record there are no bills of exception and no statement of facts accompanies the record. Under such circumstances, as the indictment charges the offense of which he was convicted, there is nothing presented for review. There are questions presented in the motion for new trial, which would indicate that appellant's defense was that he had purchased the pistol and was carrying it home, which issue the court did not present to the jury. But without the evidence heard on the trial, we can not say that the court erred in not doing so.

The judgment is affirmed.

*Affirmed.*

[Rehearing denied November 25, 1914.—Reporter.]